UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| FELICIA NASH-TAYLOR, an Individual<br><br>Plaintiff,<br><br>v.<br><br>DIAGNOSTIC CENTER OF MEDICINE (ALLEN) LLP,<br><br>Defendant, | Case No.: 2:11-cv-01128-LRH-RJJ<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff FELICIA NASH-TAYLOR and Defendant DIAGNOSTIC CENTER OF MEDICINE (ALLEN) LLP, by and through their respective counsel, that the above-entitled action shall be and hereby is dismissed with prejudice in its entirety, each party to bear its own fees and costs.

**IT IS SO STIPULATED:**

Dated this __nd day of December, 2011.                    Dated this __nd day of December, 2011.

THE FIRM, P.C.                                                              KRISTINA S. HOLMAN, ATTORNEY AT LAW

/s/ Ryan Alexander                                                       /s/ Kristina S. Holman
Ryan Alexander                                                            Kristina S. Holman
Nevada Bar No. 10845                                                 Nevada Bar No. 3742
200 East Charleston Blvd.                                            1100 E. Bridger Ave.
Las Vegas, NV 89104                                                   Las Vegas, NV 89101
*Attorney for Plaintiff*                                                   *Attorney for Defendant*

**ORDER**

IT IS SO ORDERED.

DATED this 27th day of December, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1