UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

FELICIA NASH-TAYLOR, an Individual

Plaintiff,

v.

DIAGNOSTIC CENTER OF MEDICINE (ALLEN) LLP,

Defendant,

Case No.: 2:11-cv-01128-LRH-RJJ

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between Plaintiff FELICIA NASH-TAYLOR and Defendant DIAGNOSTIC CENTER OF MEDICINE (ALLEN) LLP, by and through their respective counsel, that the above-entitled action shall be and hereby is dismissed with prejudice in its entirety, each party to bear its own fees and costs.

**IT IS SO STIPULATED:**

Dated this __nd day of December, 2011.

THE FIRM, P.C.

 */s/* Ryan Alexander
Ryan Alexander
Nevada Bar No. 10845
200 East Charleston Blvd.
Las Vegas, NV 89104
*Attorney for Plaintiff*

Dated this __nd day of December, 2011.

KRISTINA S. HOLMAN, ATTORNEY AT LAW

 */s/* Kristina S. Holman
Kristina S. Holman
Nevada Bar No. 3742
1100 E. Bridger Ave.
Las Vegas, NV 89101
*Attorney for Defendant*

**ORDER**

IT IS SO ORDERED.

DATED this 27th day of December, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1